IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THERENCE W. CROOKS,
    Plaintiff,

vs.                                                                                     Case No.: 3:17cv37/LAC/EMT

JULIE JONES, et al.,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 26, 2017 (ECF No. 13). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for voluntary dismissal (ECF No. 12) is **GRANTED**

and this action **DISMISSED without prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**DONE AND ORDERED** this 21st day of June, 2017.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv37/LAC/EMT